# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHON JORDAN,
          Appellant,

vs.

THE STATE OF NEVADA; AND
TIMOTHY FILSON, WARDEN,
          Respondents.

No. 81044

**FILED**

MAY 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgment/order (of the Supreme Court of the State of Nevada ordering the judgment of the District Court affirmed in the ruling of petitioners Petition for Writ of Habeas Corpus)." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order of affirmance. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for rehearing of this court's March 18, 2020, Order of Affirmance in Docket No. 78339, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-16616

cc:    Hon. Michelle Leavitt, District Judge
       Stephon Jordan
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk